IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE FAVORS,<br>        Plaintiff,<br><br>v.<br><br>HERSHA HOSPITALITY<br>MANAGEMENT, LP,<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO. 24CV6267 |

# O R D E R

**AND NOW**, this 7th day of February, 2025, with it having been reported that the issues between the parties in the above-captioned action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **HEREBY ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

The Clerk of Court is **DIRECTED** to **TERMINATE** this matter and mark it as **CLOSED**.

                                                                                   **BY THE COURT:**

                                                                                    **S/ WENDY BEETLESTONE**
                                                                                    **WENDY BEETLESTONE, J.**